**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 13-cv-2876-WJM-BNB

TERRY MARGHEIM

     Plaintiff,

v.

KENNETH R. BUCK, Weld County DA, Official and individual capacity,
EMELA BULJKO, Weld County DDA, Official and individual capacity,
UNKNOWN NAMED WELD COUNTY DDA'S, Official and individual capacity,
COUNTY OF WELD, and
STATE OF COLORADO

     Defendants.

---

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS**

---

This matter comes before the Court on the Plaintiff's Motion to Withdraw Action, filed December 10, 2013, which this Court construes as a Motion for Voluntary Dismissal (ECF No. 13).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Plaintiff's' Motion for Voluntary Dismissal is GRANTED.  Pursuant to Federal Rule of Civil Procedure 41(a)(1) the above-captioned matter is DISMISSED WITHOUT PREJUDICE.  Each party shall pay his/her or its own attorney's fees and costs.

Dated this 11th day of December, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge